# Ex Parte Rodríguez.

## Apelación procedente de la Corte de Distrito de Guayama.

No. 33.  Resuelto en Junio 24, 1905.

Habeas Corpus.—Agresión con agravantes.—Condenado un acusado por el delito de *agresión con agravantes,* como ese concepto envuelve también el de acometimiento, la sentencia así dictada no adolece de vicio de nulidad, y debe estimarse válida y legal en un procedimiento de Habeas Corpus.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Lloreda.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

Opinión del Tribunal.

Esta Corte Suprema ha visto y considerado detenidamente el recurso de apelación interpuesto por Eleuterio y Gervasio Rodríguez, contra la resolución que dictó la Corte de Distrito de Guayama en 31 de mayo último, negándoles la excarcelación que habían solicitado mediante auto de *habeas corpus,* por el fundamento de haber sido condenados por la Corte Municipal de Cayey á seis meses de prisión y costas, como responsables del delito de agresión con agravantes, que no figura, según alegan, en el Código Penal, ni en la ley especial modificativa del mismo, aprobada en 10 de marzo del año próximo pasado, y somos de opinión que, si bien los apelantes han sido condenados por el delito de agresión con agravantes, como ese concepto envuelve también el de acometimiento, la sentencia pronunciada no adolece de vicio de nulidad; y por tanto, debemos confirmar y confirmamos la resolución apelada de 31 de mayo último, con las costas del recurso á cargo de los apelantes, mandando se comunique la presente resolución á la Corte de Distrito de Guayama á los fines procedentes.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Figueras y MacLeary.

El Juez Asociado Sr. Wolf, no intervino en la resolución de este caso.